Frank MORRISSEY, appellant, v. Henry LOEFFLER, respondent, and Charles W. Blake, defendant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment unanimously affirmed, with costs. No opinion.

Mary MUNRO, respondent, v. George POWERS, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, with $10 costs and disbursements, upon the ground that the plaintiff is not in default in payment of costs. Code Civ. Proc. § 779. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Elizabeth MURDOCK, respondent, v. THE CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of Hattie A. MYERS. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

DAVID I. NALITT v. COSMOPOLITAN BANK. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

NATIONAL SURETY CO. v. Catherine A. McGUIRE (two cases). (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motions granted, with $10 costs. Order filed.

NATIONAL SURETY CO. v. Carolina WENNINGER et al. (two cases). (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motions to dismiss appeals denied. Orders filed.

Albert NEWCOMBE, Respt., v. George N. OSTRANDER, Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order reversed, with $10 costs and disbursements, and motion granted. No opinion. Order filed.

George E. NEWGENT and another v. Irving ALSBERG. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

Matter of NEWTON AVENUE. In re Augustus VAN CORTLANDT. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion granted; questions certified. Order filed.

N. Y. COUNTY NAT. BANK v. James S. HERRMAN. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

N. Y. LIFE INS. CO., Respt., v. REED REALTY CO., Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Matter of NEW YORK TITLE & MORTGAGE CO. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion granted. Order filed.

Martin NOLAN, respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment reversed, and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

William NOLL, respondent, v. STANDARD OIL CLOTH COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., dissents.

In the Matter of Louis T. NOONAN. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Proceeding dismissed. Settle order on notice.

In the Matter of the NORTHERN BANK OF N. Y. In re GIFFORD HOBBS & BEARD (two cases). (Supreme Court, Appellate Division, First Department. October 20, 1916.) Orders affirmed, with $10 costs and disbursements in each. No opinion. Order filed.

NULOMOLINE CO., Applt., v. Maxwell TAUSEK, Respt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Scott, J., dissents. Order filed.

Della NUTE, as execx., etc., respt., v. SHAUGHNESSY CONSTRUCTION CO., applt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Judgment and order affirmed, with costs. All concur.

James J. O'BRIEN, appellant, v. Eva RUPPEL, William R. Keese, and David M. Wolff, respondents. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment dismissing the complaint on the merits affirmed, with costs. See Hope v. Shevill, impld. with Seaman, 137 App. Div. 86, 122 N. Y. Supp. 127. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

James J. O'BRIEN, appellant, v. Eva RUPPEL and others, respondents. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion for reargument denied, with $10 costs.